# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**DEFAULT**
**JUDGMENT IN A CIVIL CASE**

**WISCONSIN SHEET METAL WORKERS HEALTH AND BENEFIT FUND,**
**MILWAUKEE AREA SHEET METAL JOURNEYMEN AND APPRENTICESHIP TRAINING FUND, and**
**PATRICK LANDGRAF, in his capacity as Trustee,**

**SHEET METAL WORKERS NATIONAL PENSION FUND,**
**SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND and BOARD OF TRUSTEES,**
**SHEET METAL WORKERS NATIONAL PENSION FUND,**

Plaintiffs,

V.    CASE NUMBER: **11-C-641**

**CC INSTALLATIONS, INC.,**

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that default judgment is entered in favor of the plaintiffs and against the defendant.**

**Judgment is entered in the sum of $11,264.02. $10,574.02 is for unpaid contributions, interest, liquidated damages for the audit period from January 1, 2005, through May 31, 2007, $690.00 for attorneys fees, plus costs.**

**This action is hereby TERMINATED.**


_____**November 8, 2011**_____          **JON W. SANFILIPPO**_____
Date                                          Clerk


                                             _s/ Linda M. Zik_____
                                             (By) Deputy Clerk


*APPROVED BY COURT:*


*s/ Rudolph T. Randa_____*
*Hon. Rudolph T. Randa*
*U.S. District Judge*


*November 8, 2011_____*
*Date*